PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
5:19-cr-6-DCB-LGI-001

DOCKET NUMBER *(Rec. Court)*
1:26CR102-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Tywone Noble<br>2008 South Mebane Street, Apt. 7406<br>Burlington, NC 27215 | DISTRICT<br><br>Southern District of Mississippi | DIVISION<br><br>Natchez | **FILED**<br>in the Middle District of North Carolina<br><br>**05/22/2026**<br>**9:00 am**<br><br>Clerk, US District Court<br>By: ____ AT ____ |
|---|---|---|---|
|  | NAME OF SENTENCING JUDGE<br><br>Honorable David C. Bramlette, Senior U.S. District Judge | | |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/27/2025 | TO<br>07/26/2027 |
|---|---|---|

OFFENSE
18 U.S.C. § 922(n) Receipt of Firearm while Under Felony Indictment

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Noble has established stable residency in the Middle District of North Carolina and has no intentions of returning to the Southern District of Mississippi.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"Southern District of Mississippi"**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF NORTH CAROLINA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 30, 2026
_Date_

_David Bramlette_
*U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF NORTH CAROLINA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/21/26
_Effective Date_

_United States District Judge_