

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 5:19cr 6-DCB-LRA

TYWONE NOBLE                                             18 U.S.C. § 922(n)

**The Grand Jury charges:**

That on or about November 19, 2018, in Adams County, in the Western Division of the

Southern District of Mississippi, the defendant, **TYWONE NOBLE**, who was then under

indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully

receive a firearm that had been shipped and transported in interstate commerce, in violation of

Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant,

**TYWONE NOBLE**, shall forfeit to the United States all property involved in or traceable to

property involved in the offense, including but not limited to all proceeds obtained directly or

indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following

property is subject to forfeiture as a result of the offense alleged in this indictment:

> A. **One (1) American Tactical brand, Omni Hybrid model, 5.56 caliber, bearing serial NS185667;**
> B. **One (1) 100-round capacity drum magazine; and**
> C. **Any ammunition seized.**

Further, if any property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or

deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___16th___ day of April, 2019.

UNITED STATES MAGISTRATE JUDGE

2