CLOSED,LGI

# U.S. District Court
## Southern District of Mississippi (Western)
## CRIMINAL DOCKET FOR CASE #: 5:19-cr-00006-DCB-LGI-1

Case title: USA v. Noble

Date Filed: 04/16/2019

Date Terminated: 10/21/2019

---

Assigned to: Honorable David C. Bramlette, III
Referred to: Magistrate Judge LaKeysha Greer Isaac

**Defendant (1)**

| | |
|---|---|
| **Tywone Noble**<br>*TERMINATED: 10/21/2019* | represented by **Abby Brumley Edwards**<br>FEDERAL PUBLIC DEFENDER - Jackson<br>200 S. Lamar, Suite 200-N<br>Jackson, MS 39201<br>601/948-4284<br>Fax: 601/948-5510<br>Email: abby_brumley_edwards@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carmen Castilla - FPD**<br>FEDERAL PUBLIC DEFENDER - Jackson<br>200 S. Lamar St.<br>Ste. 200-N<br>Jackson, MS 39201<br>601-948-4284<br>Fax: 601-948-5510<br>Email: carmen_castilla@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Craig Thomas Rose - FPD**<br>FEDERAL PUBLIC DEFENDER - Gulfport<br>2510 14th Street<br>Suite 902<br>Gulfport, MS 39501<br>228-865-1202<br>Fax: 228-867-1907<br>Email: craig_rose@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Public Defender or*
*Community Defender Appointment*

**Jessica Nicole Bourne - FPD**
FEDERAL PUBLIC DEFENDER - Jackson
200 S. Lamar, Suite 200-N
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: jessica_bourne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omodare B. Jupiter - FPD**
FEDERAL PUBLIC DEFENDER - Jackson
200 S. Lamar, Suite 200-N
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: omodare_jupiter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

TRANSPORT FIREARMS INTERSTATE
BY FELON
(1)

**Disposition**

46 months imprisonment to run concurrent
to the state sentence in Adams County
Circuit Court, 18-KR-0027(B)-J. 3 years
supervised release; fine in the amount of
$1,500.00. $100.00 special assessment.
Defendant in custody and to remain.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Interested Party**

**Probation Jackson**

**Interested Party**

**Probation Officer Wes Fentress**

---

**Interested Party**

**Probation Officer Wes Fentress**

---

**Plaintiff**

**USA**                                      represented by  **Herbert S. Carraway, III-Federal Gov**
U. S. ATTORNEY'S OFFICE - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2826
Email: bert.carraway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Adam T. Stuart-Federal Gov**
U. S. ATTORNEY'S OFFICE - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601-965-4480
Email: Adam.Stuart@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2019 | 1 | MOTION to Seal Case by Herbert S. Carraway-Federal Gov, III as to Tywone Noble (PKM) (Entered: 04/17/2019) |
| 04/16/2019 | 2 | ORDER granting 1 Motion to Seal Case as to Tywone Noble (1) Signed by Magistrate Judge Linda R. Anderson on 4/16/19 (PKM) (Entered: 04/17/2019) |
| 04/16/2019 | 3 | SEALED REDACTED INDICTMENT as to Tywone Noble (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (PKM) (Entered: 04/17/2019) |
| 04/16/2019 | 5 | Praecipe for Warrant by USA as to Tywone Noble (PKM) (Entered: 04/17/2019) |
| 04/18/2019 |  | Set/Reset Hearings as to Tywone Noble: Arraignment/Initial Appearance set for 5/1/2019 01:30 PM in Courtroom 6D (Jackson) Anderson before Magistrate Judge Linda R. Anderson (Lewis, Nijah) (Entered: 04/18/2019) |
| 04/19/2019 | 7 | MOTION for Writ of Habeas Corpus ad prosequendum by Herbert S. Carraway-Federal Gov, III as to Tywone Noble (PKM) (Entered: 04/19/2019) |
| 04/19/2019 | 8 | ORDER granting 7 Motion for Writ of Habeas Corpus ad prosequendum as to Tywone Noble (1) Signed by Magistrate Judge Linda R. Anderson on 4/19/19 (PKM) (Entered: 04/19/2019) |

| | | |
|---|---|---|
| 05/01/2019 | 10 | MOTION to Unseal Case by USA as to Tywone Noble. (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 11 | ORDER granting 10 Motion to Unseal Case as to Tywone Noble (1). Signed by Magistrate Judge Linda R. Anderson on 5/1/2019 (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 12 | *RESTRICTED* CJA 23 Financial Affidavit by Tywone Noble. (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 13 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Tywone Noble. Omodare B. Jupiter - FPD for Tywone Noble appointed. Signed by Magistrate Judge Linda R. Anderson on 5/1/19 (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 14 | ORDER Regarding Discovery as to Tywone Noble. Signed by Magistrate Judge Linda R. Anderson on 5/1/19 (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 15 | TRIAL ORDER as to Tywone Noble: Jury Trial set for 6/3/2019 09:00 AM in Courtroom 1 (Natchez) Bramlette before Honorable David C. Bramlette III. Signed by Magistrate Judge Linda R. Anderson on 5/1/19 (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 16 | WAIVER OF DETENTION HEARING by Tywone Noble (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | | Minute Entry for proceedings held before Magistrate Judge Linda R. Anderson:Arraignment/Initial Appearance as to Tywone Noble held on 5/1/2019. Appearances: Bert Carraway, AUSA; Jessica Bourne, AFPD; and Robert Wilder, USPO. Defendant waived the reading of the indictment and entered a plea of not guilty. Defendant remanded to the custody of the USM. Tape Number: 5/1/19. (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/01/2019 | 17 | 🔊 Digital Audio File as to Tywone Noble regarding Arraignment,/Initial Appearance, held on 05/01/2019 before Magistrate Judge Linda Anderson.AUDIO FILE size(4.3 MB) (Lewis, Nijah) (Entered: 05/01/2019) |
| 05/02/2019 | 18 | NOTICE OF ATTORNEY APPEARANCE: Jessica Nicole Bourne - FPD appearing for Tywone Noble (Bourne - FPD, Jessica) (Entered: 05/02/2019) |
| 05/02/2019 | 19 | ORDER OF DETENTION PENDING TRIAL as to Tywone Noble. Signed by Magistrate Judge Linda R. Anderson on 5/1/19 (Lewis, Nijah) Modified on 5/2/2019 (Lewis, Nijah). (Entered: 05/02/2019) |
| 05/23/2019 | | Set Hearing as to Tywone Noble: Change of Plea Hearing set for 6/4/2019 at 09:30 AM in Courtroom 1 (Natchez) Bramlette before Honorable David C. Bramlette III. (lda) (Entered: 05/23/2019) |
| 06/04/2019 | | Reset Hearing as to Tywone Noble: Change of Plea Hearing reset for 6/6/2019 at 10:00 AM in Courtroom 1 (Natchez) Bramlette before Honorable David C. Bramlette III. (lda) (Entered: 06/04/2019) |
| 06/06/2019 | | Minute Entry for proceedings held before Honorable David C. Bramlette, III: Change of Plea Hearing as to Tywone Noble held on 6/6/2019. APPEARANCES: Bert Carrawy, AUSA; Jessica Bourne, FPD attorney; Trey Tucker, Olivia Terry, USPO. Guilty Plea entered by Tywone Noble (1) Guilty Count 1. The Plea Agreement and Plea Supplement were made a part of the record. (Sentencing set for October 1, 2019 at 10:00 AM, in Natchez, MS.) Defendant in custody and to remain awaiting sentencing. Court Reporter/Transcriber Teri Norton, Telephone Number : 228-563-1748. (lda) (Entered: 06/07/2019) |
| 06/06/2019 | 20 | PLEA AGREEMENT as to Tywone Noble. (lda) (Entered: 06/07/2019) |

| 06/06/2019 | | Set Hearing as to Tywone Noble: Sentencing set for 10/1/2019 at 10:00 AM in Courtroom 1 (Natchez) Bramlette before Honorable David C. Bramlette III. (lda) (Entered: 06/07/2019) |
|---|---|---|
| 06/10/2019 | 22 | AGREED PRELIMINARY ORDER OF FORFEITURE OF PROPERTY as to Tywone Noble. Signed by Honorable David C. Bramlette, III on June 10, 2019. (lda) (Entered: 06/10/2019) |
| 06/13/2019 | 23 | NOTICE of Forfeiture by USA as to Tywone Noble (Carraway-Federal Gov, Herbert) (Entered: 06/13/2019) |
| 06/14/2019 | 24 | NOTICE OF ASSIGNMENT (PROBATION) Officer Wes Fentress as to Tywone Noble. (MGB) (Entered: 06/14/2019) |
| 06/18/2019 | 25 | NOTICE OF ASSIGNMENT (PROBATION) Officer Wes Fentress as to Tywone Noble. (KNS) (Entered: 06/18/2019) |
| 07/01/2019 | 26 | 🔊 Digital Audio File as to Tywone Noble regarding Change of Plea Hearing,,, Plea Entered,, held on 6/6/19 before Senior Judge David Bramlette III.AUDIO FILE size(9.8 MB) (TN) (Entered: 07/01/2019) |
| 07/09/2019 | 27 | NOTICE OF ATTORNEY APPEARANCE: Abby W. Brumley - FPD appearing for Tywone Noble (Brumley - FPD, Abby) (Entered: 07/09/2019) |
| 09/23/2019 | | Reset Hearing as to Tywone Noble: Sentencing reset for 10/9/2019 at 02:30 PM in Courtroom 1 (Natchez) Bramlette before District Judge David C. Bramlette III. PLEASE NOTE THIS IS A CHANGE OF DATE AND TIME. (lda) (Entered: 09/23/2019) |
| 10/09/2019 | | Minute Entry for proceedings held before District Judge David C. Bramlette, III: APPEARANCES: Bert Carraway, AUSA; Abby Brumley, FPD; Wes Fentress, USPO. Sentencing held on 10/9/2019 for Tywone Noble (1), Count(s) 1. The sentence of the Court is 46 months imprisonment with the Bureau of Prisons, to run concurrent to the state sentence in Adams County Circuit Court, Case No. 18-KR-0027(B)-J. The term of imprisonment is to be followed by a 3-year term of supervised release. $1,500 partial fine. $100.00 special assessment. Defendant in custody and to remain. The court recommends that the Defendant serve his time in the Yazoo Facility. Court Reporter/Transcriber Teri Norton, Telephone Number : 228-563-1748. (lda) (Entered: 10/09/2019) |
| 10/09/2019 | 28 | PRESENCE INVESTIGATION REPORT (Sealed) as to Tywone Noble. (Attachments: # 1 Addendum to Presentence Investigation Report). (lda) (Entered: 10/09/2019) |
| 10/11/2019 | 29 | MOTION for Forfeiture of Property by Herbert S. Carraway-Federal Gov, III as to Tywone Noble (Attachments: # 1 Exhibit A - Advertisement copy and report, # 2 Exhibit B - U. S. Postal Service return)(Carraway-Federal Gov, Herbert) (Entered: 10/11/2019) |
| 10/21/2019 | 30 | *RESTRICTED* STATEMENT OF REASONS as to Tywone Noble. (lda) (Entered: 10/21/2019) |
| 10/21/2019 | 31 | JUDGMENT as to Tywone Noble (1), Count(s) 1, 46 months imprisonment to run concurrent to the state sentence in Adams County Circuit Court, 18-KR-0027(B)-J. 3 years supervised release; fine in the amount of $1,500.00. $100.00 special assessment. Defendant in custody and to remain.. Signed by District Judge David C. Bramlette, III on 10/21/19 (MGB) (Entered: 10/21/2019) |
| 11/05/2019 | 32 | 🔊 Digital Audio File as to Tywone Noble regarding Sentencing,, held on 10/9/19 before Senior Judge David Bramlette III.AUDIO FILE size(9.5 MB) (TN) (Entered: 11/05/2019) |

| 11/07/2019 | 33 | ORDER granting Motion 29 for Final Forfeiture as to Tywone Noble. Signed by District Judge David C. Bramlette, III on November 7, 2019. (lda) (Entered: 11/07/2019) |
|---|---|---|
| 03/13/2020 | 34 | MOTION for Return of Property/PostTrial by Herbert S. Carraway-Federal Gov, III as to Tywone Noble (Carraway-Federal Gov, Herbert) (Entered: 03/13/2020) |
| 03/19/2020 | 35 | ORDER granting 34 Motion for Return of Property as to Tywone Noble (1). Signed by District Judge David C. Bramlette, III on March 19, 2020. (lda) (Entered: 03/19/2020) |
| 02/25/2025 | | Case as to Tywone Noble Reassigned to Magistrate Judge LaKeysha Greer Isaac. Magistrate Judge Linda R. Anderson no longer assigned to the case. (CO) (Entered: 02/25/2025) |
| 02/25/2025 | | Set Hearings as to Tywone Noble: Initial Appearance on Revocation Proceedings set for 2/26/2025 2:30 PM before Magistrate Judge Michael T. Parker in Hattiesburg. (KPM) (Entered: 02/25/2025) |
| 02/26/2025 | | Minute Entry for proceedings held before Magistrate Judge Michael T. Parker:Initial Appearance re Revocation of Supervised Release as to Tywone Noble held on 2/26/2025. Defendant was sworn and was advised of his rights, the charges against him, and maximum penalties. A CJA Financial Affidavit was submitted and the court appointed the Federal Public Defender. The government moved for detention. Defendant waived preliminary and detention hearings. Defendant was ordered detained pending the final hearing which is set before District Judge David Bramlette on 4/15/25 at 2:00 pm in Natchez. Defendant was remanded to the custody of the U.S. Marshal. APPEARANCES: Shundral Cole, AUSA; Craig Rose, AFPD; Amanda Pierce, USPO; Stephen Newell, DUSM; Vince Giron, CSO. Tape Number: Audio 2.26.25. (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | 37 | *RESTRICTED* CJA 23 Financial Affidavit by Tywone Noble (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | 38 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Tywone Noble. Signed by Magistrate Judge Michael T. Parker on February 26, 2025 (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | 39 | WAIVER of Preliminary Examination or Hearing by Tywone Noble (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | 40 | WAIVER OF DETENTION HEARING by Tywone Noble (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | 41 | ORDER OF DETENTION as to Tywone Noble. Signed by Magistrate Judge Michael T. Parker on February 26, 2025 (KPM) (Entered: 02/26/2025) |
| 02/26/2025 | | Set Hearings as to Tywone Noble: Final Hearing re Revocation of Supervised Release set for 4/15/2025 2:00 PM before District Judge David C. Bramlette III. (KPM) (Entered: 02/26/2025) |
| 02/27/2025 | | Reset Hearing as to Tywone Noble: Final Hearing re Revocation of Supervised Release set for 4/15/2025 at 02:00 PM in Courtroom 6B (Jackson) Bramlette/Visiting before District Judge David C. Bramlette III. PLEASE NOTE THIS IS A CHANGE OF LOCATION ONLY. THIS HEARING WILL BE HELD IN JACKSON NOT NATCHEZ. (lda) (Entered: 02/27/2025) |
| 02/27/2025 | 42 | NOTICE OF ATTORNEY APPEARANCE: Carmen Castilla - FPD appearing for Tywone Noble (Castilla - FPD, Carmen) (Entered: 02/27/2025) |
| 04/01/2025 | 43 | NOTICE OF ATTORNEY APPEARANCE Adam T. Stuart-Federal Gov appearing for USA. (Stuart-Federal Gov, Adam) (Entered: 04/01/2025) |
| 04/15/2025 | | Minute Entry for proceedings held before District Judge David C. Bramlette, III: Final Hearing re Revocation of Supervised Release as to Tywone Noble held on 4/15/2025. |

| | | Exhibits were admitted. The Court found that Defendant was in violation of his terms of supervised release and supervised release was revoked. Sentence of the Court: 5 months imprisonment followed by 24 months of supervised release. Defendant was present for the hearing and remains in custody of the USMS. APPEARANCES: Adam Stuart, AUSA; Carmen Castilla for Defendant; Amanda Pierce, USPO; Court Reporter/Transcriber Teri Norton Telephone Number: 601-608-4186, E-mail: teri_norton@mssd.uscourts.gov. (RT) (Entered: 04/16/2025) |
|---|---|---|
| 04/15/2025 | 44 | DEFENDANT EXHIBIT LIST to REVOCATION HEARING HELD on APRIL 15, 2025, as to Tywone Noble. (Attachments: # 1 Exhibit D-1). (lda) (Entered: 04/16/2025) |
| 04/17/2025 | 46 | JUDGMENT ON REVOCATION as to Tywone Noble. Signed by District Judge David C. Bramlette, III on 4/17/2025 (cwl) (Entered: 04/17/2025) |
| 05/21/2026 | 47 | Supervised Release Transferred to MD/NC as to Tywone Noble. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CO) (Entered: 05/21/2026) |
| 05/21/2026 | 48 | Memorandum to Clerk of receiving Court. (CO) (Entered: 05/21/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2026 07:50:50 | | | |
| **PACER Login:** | Abby0910 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cr-00006-DCB-LGI |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |